UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE MORALES, DWAYNE TANNER, LUIS
PADILLA, RICHARD CLASSON, RIVERA
CRUZ FELIPE, HENRY VERA, LOUIS
HEALEY, ALFONSO GUERRERO, LAWRENCE
WATSON, and ROBERT PROCTOR,

                Plaintiffs,                              **ORDER**
                                                   **10-CV-3097 (ARR)(LB)**
       - against -

CITY OF NEW YORK, *a municipal corporation*;
MARTIN HORN, *Commissioner of NYC Dept. of
Correction*; WARDEN ROBERT SHAW, *at NIC*;
WARDEN FIDEL GONZALEZ, *at NIC*; WARDEN
ANDREWS, *at NIC*; DEPT. WARDEN O'CONNO,
*at NIC*; DEPT. WARDEN ERIK BERLINER, *at NIC*;
NYC DEPARTMENT OF CORRECTIONS, *Asst.
Commissioner for Health Affairs*; PATRICIA
GORDON, *NYC DOC Disability Rights Coordinator*;
and NINA EDWARDS, *NYC DOC Disability Rights
Commission*,

                Defendants.
-----------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      Plaintiffs' application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendants without prepayment of fees.

<u>Consent to trial and decision on this case by a United States Magistrate Judge</u>

      The parties shall advise the Court by signing the enclosed form whether they jointly consent to trial and decision on this case by me, a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c). Consent of the parties means that I may conduct all proceedings including trial of this matter and the entry of judgment in this case. The parties are free to withhold consent without adverse consequences.
      If the parties consent, my decision will be entered as the decision of the Court and an aggrieved party may appeal directly to the United States Court of Appeals to the same extent and subject to the same conditions as if the decision had been rendered by a District Judge. If the parties do not consent to decision by a Magistrate Judge and a dispositive motion is referred, my decision shall be reported as a recommendation to the assigned District Judge.
      Any party who disagrees with a Magistrate Judge's report and recommendation must file written objections within ten days to preserve their right to appeal. Upon receipt of written objections from a party within ten days, the assigned District Judge shall review the proposed recommendations to which the objection is made. The District Judge may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. If a Magistrate Judge's report and recommendation is accepted by the assigned District Judge, the decision shall be entered and an appeal shall lie to the United States Court of Appeals.

This information regarding the availability of a Magistrate Judge to hear the entire case on consent of the parties is not meant to, in any way, interfere with the parties' absolute right to decision by a United States District Judge. This is an option available to the parties which may expedite adjudication of this case and preserve scarce judicial resources.

SO ORDERED.

/S/
_____
LOIS BLOOM
United States Magistrate Judge

Dated: July 12, 2010
      Brooklyn, New York